Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1595 | **DATE** | 6/30/2008 |
| **CASE TITLE** | Chao vs. International Union Of Elevator Constructors Local 2 | | |

**DOCKET ENTRY TEXT**

Enter order to show cause. Rule to show cause hearing set for 07/09/08 at 11:00 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



FILED 2008 JUN 30 PM 4:07 CLERK U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | JD |
|---|---|---|