UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor United States Department of Labor, | ) ) ) |
| Petitioner, | ) ) No. 08 C 1595 ) |
| v. | ) Judge Grady ) |
| INTERNATIONAL UNION OF ELEVATOR CONSTRUCTORS LOCAL 2, | ) ) ) ) |
| Respondent. | ) |

## ORDER TO SHOW CAUSE

Pursuant to the authority granted by section 601 of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 521), hereinafter referred to as the Act, petitioner having invoked the aid of this Court in requiring the appearance, production and delivery of documentary evidence by the respondent International Union of Elevator Constructors Local 2 ("Local 2" or "the Union"), as required by the administrative subpoena duces tecum issued on April 24, 2007, by a duly authorized officer of the Secretary of Labor, in connection with an investigation to determine whether any person has violated or is about to violate any provision of the Act (except Title I or amendments made by the Act to other statutes).

And the court having considered the petition and exhibits filed herein on the 18th day of March 2008, and sufficient cause appearing therefore, it is hereby

ORDERED that respondent appear and show cause, if any there be, before this Court, at Room 2201 of the Dirksen Federal Building at 219 S. Dearborn Street, Chicago, Illinois, on the 9th day of July, 2008, at 11:00 a.m., or as soon thereafter as counsel can be heard, why this Court should

not grant the relief prayed for by the petitioner as specified in petitioner's subpoena served on the Respondent on April 24, 2007, and it is

FURTHER ORDERED that service of a copy of this Order to Show Cause, together with a copy of said petition of petitioner and exhibits attached thereto, be made by the Unites States Marshal upon Respondent on or before the 7th day of July, 2008.

DATED: 6/30/08

JOHN F. GRADY
United States District Judge