# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John F. Grady | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1595 | **DATE** | 7/9/2008 |
| **CASE TITLE** | Chao vs. International Union of Elevator Constructors Local 2 | | |

**DOCKET ENTRY TEXT**

Status hearing held. Evidentiary hearing set for 07/23/08 at 11:00 a.m. on the rule to show cause why this Court should not grant the relief prayed for by the petitioner as specified in the petitioner's subpoena served on the respondent on 04/27/07.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | JD |
|---|---|---|