## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Elaine L Chao

                                        Plaintiff,

v.                                                                          Case No.: 1:08–cv–01595
                                                                         Honorable John F. Grady

International Union of Elevator Constructors Local 2

                                        Defendant.


## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 21, 2008:

      MINUTE entry before the Honorable John F. Grady:By agreement of the parties, evidentiary hearing set for 07/23/08 is stricken and reset to 7/30/2008 at 2:00 p.m.Mailed/Telephoned notice(jlj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.